

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER　　　　　　　　　　　　　　　　　　　　　CLERK'S OFFICE
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　　202-275-8000

April 4, 2023

2023-1580 - Siemens Gamesa Renewable Energy A/S v. General Electric Company

# NOTICE OF NON-COMPLIANCE

The document (Certificate of Interest) submitted by General Electric Company is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filer used an incorrect or outdated version of the form. Current versions of all forms are available on the court's website at [Forms](). Fed. Cir. R. 47.4(a) (Form 9).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: C. Harper, Deputy Clerk